SHERIDAN PRESSY, RESPONDENT, v. DE ZENG STANDARD COMPANY, APPELLANT.

Submitted July 6, 1915—Decided November 15, 1915.

On appeal from the Supreme Court, whose opinion is reported in 86 *N. J. L.* 469.

For the appellant, *James & Malcolm G. Buchanan.*

For the respondent, *Bergen & Richman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, VREDENBURGH, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ.   11.

*For reversal*—None.